# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**June 29, 2012**

| 29649 | Kanahele v. Maui County Council | Affirmed |

**July 26, 2012**

| CAAP–11–00 00718 | State v. Anderson | Vacated and Remanded |

**September 12, 2012**

| CAAP–11–00 00814 | State v. Chong Hung Han | Affirmed |
| CAAP–10–00 00220 | State v. Wagner | Vacated and Remanded |

**September 14, 2012**

| 30525 | Edwards v. Floris | Affirmed |

**September 17, 2012**

| CAAP–11–00 00062 | Kajiyama v. Honua | Affirmed |